# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ULYSSES HILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-249** |
| **DARREL VANNOY, WARDEN** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Ulysses Hill is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**